IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JENNIFER CROFT,<br><br>          Plaintiff,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,<br><br>          Defendant. | 8:23CV183<br><br>**ORDER ON STIPULATION FOR DISMISSAL WITH PREJUDICE** |

    This case is before the Court on the parties' Stipulation for Dismissal with Prejudice signed by both parties. Filing 20. The parties advise the Court that the case has been settled and that the parties therefore jointly request that it be dismissed with prejudice, with each party to pay its own costs, and with complete record waived. Accordingly,

    IT IS ORDERED that the parties' Stipulation for Dismissal with Prejudice signed by both parties, Filing 20, is granted, and this case is dismissed with prejudice, with each party to pay its own costs, and with complete record waived.

    Dated this 7th day of November, 2023.

                                                          BY THE COURT:

                                                          Brian C. Buescher
                                                          United States District Judge